Griffin v. Milwaukee E. R. & L. Co. 176 Wis. 179.

GRIFFIN, Appellant, vs. MILWAUKEE ELECTRIC RAILWAY &
LIGHT COMPANY, Respondent.

*November 17, 1921—February 7, 1922.*

*Appeal and error: Affirmance by divided court.*

Where the justices of the supreme court are equally divided in
opinion on the question involved on an appeal, the judgment
appealed from will be affirmed.

APPEAL from a judgment of the circuit court for Racine
county: E. B. BELDEN, Circuit Judge. *Affirmed.*

The cause was submitted for the appellant on the brief
of *Alexander & Burke* of Milwaukee, and for the respond-
ent on that of *Simmons & Walker* of Racine.

The following opinion was filed December 13, 1921:

DOERFLER, J. Mr. Chief Justice SIEBECKER, by reason of
illness, was unable to participate in the decision of this case.
The other six Justices of this court who participated in the
decision on this appeal are equally divided in opinion as to
the correctness of the judgment entered in the trial court
and appealed from to this court. Three of such Justices
are of the opinion that the judgment appealed from is cor-
rect and should be affirmed, and three of such Justices are
of the opinion that such judgment should be reversed. This,
under the rule, requires an affirmance of the judgment
awarded by the trial court. *Hagenah v. Milwaukee E. R. &
L. Co.* 136 Wis. 300, 116 N. W. 843, and cases there cited.

*By the Court.*—It is so ordered.

A motion for a rehearing was denied, with $25 costs, on
February 7, 1922.